# United States District Court
# Western District of North Carolina
<span style="color:gray">Divisional Office</span> Division

| | | |
|---|---|---|
| HAROLD DEAN KANUPP, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-87-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| PIEDMONT CORRECTIONAL INSTITUTE, | ) ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 27, 2014 Order.

May 27, 2014

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court